IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMBERTO SAMUEL GONZALEZ, § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:06-CV-245-Y |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director, T.D.C.J. § | |
| Correctional Institutions Div., § | |
| Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Humberto Samuel Gonzalez under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 18, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 1, 2007.

The Court, after <u>de novo</u> review, concludes that Gonzalez's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions, and for the additional reasons stated in the respondent's answer at section IV, pages 20-36.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Humberto Samuel Gonzalez's petition for writ of habeas corpus is DENIED.

SIGNED May 18, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE